UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KIMBERLY REEVES, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:05-CV-1715-G |
| C2P, ET AL., ) | |
| ) | **ECF** |
| Defendants. ) | |

## ORDER

The parties having advised the court that this case has been settled, it is

**ORDERED** that the final judgment or order of dismissal be presented for entry by

**January 8, 2007**. If it is not, then the case will be subject to dismissal.

December 7, 2006.

_____
A. JOE FISH
CHIEF JUDGE